## 1

J. P. CROWLEY v. STATE. (No. 10584.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, Lynn County; Clark M. Mullican, Judge. V. L. Shurtleff, of Breckenridge, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for manslaughter; the punishment being three years in the penitentiary. Appellant has filed his affidavit, advising this court that he desires to withdraw his appeal, and, complying with the request, the appeal is ordered dismissed.

## 2

Clifton DAVIDSON v. STATE. (No. 10628.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Freestone County; J. R. Bell, Judge. Levi Herring, of Fairfield, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## 3

W. G. DUNNE v. STATE. (No. 10658.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Commissioner's Decision. Appeal from District Court, Coryell County; J. B. Keith, Judge. See, also, 102 Tex. Cr. R. 435, 278 S. W. 201. McClellan & Cross, of Gatesville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BETHEA, J. The appellant was convicted in the district court of Coryell county of the offense of manslaughter, and his punishment assessed at five years in the penitentiary. We find in the record an affidavit, made by appellant in due form, requesting that this appeal be dismissed. The request is granted; the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## 4

B. W. EHRLICH v. STATE. (No. 10701.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, Limestone County; J. R. Bell, Judge. See, also, 103. Tex. Cr. R. 454, 281 S. W. 548. Walters & Kidd, of Mexia, and Wm. Kennedy, of Groesbeck, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. Transporting liquor is the offense; punishment fixed at confinement in the penitentiary for a period of four years. Since the filing of his appeal in this court, appellant has filed a written motion, duly verified, requesting the dismissal of said appeal. The motion is granted, and the appeal is ordered dismissed.

## 5

Homer FLEMING v. STATE. (No. 10333.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Commissioner's Decision. Appeal from District Court, Gillespie County; J. H. McLean, Judge. See, also, 101 Tex. Cr. R. 19, 274 S. W. 616. Coke R. Stevenson, and M. E. Blackburn, both of Junction, Clarence Martin, Alfred Petsch, and H. H. Sagebiel, all of Fredericksburg, and Dave Watson, of San Antonio, for appellant. F. H. Hammond, Dist. Atty., of Burnett, Wilson & Wilson, of San Antonio, Fred E. Knetsch, of Seguin, Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BAKER, J. The appellant was convicted of murder in the district court of Gillespie county, and his punishment assessed at confinement in the penitentiary for life. The appellant has filed in this court his motion, duly signed and sworn to by him, requesting that his appeal be dismissed, and after due consideration thereof, and finding said motion in due form, this appeal is hereby ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## 6

W. A. GLASSCOCK v. STATE. (No. 10510.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Fayette County; M. C. Jeffrey, Judge. See, also, 101 Tex. Cr. R. 499, 276 S. W. 430. C. A. Davies, of San Antonio, Moss & Lowery, of La Grange, and Adolph Seidemann, of New Braunfels, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. False swearing is the offense; punishment fixed at confinement in the penitentiary for a period of five years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.